UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO. 8:11-cr-135-T-33AEP

WILLIAM M. MYERS

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Final Judgment of Forfeiture, pursuant to 18 U.S.C. § 2253 and 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for the following:

- a. HP Pavilion Slimline s3307c tower computer, serial number MXF80306MM, containing a Western Digital Model 3200AAJS hard drive (320 GB), serial number WMARW0403032;

- b. Compaq Presario C501NR notebook computer, serial number CND7041Z84, containing a Seagate Model ST980812AS hard drive (80 GB), serial number 5LY1J3LZ;

- c. Dane-Elec SD card (2 GB), no serial number; and

- d. Four CD's.

The Court, being fully advised in the premises, hereby finds as follows:

1. On September 22, 2011, the Court granted the United States' motion and entered a Preliminary Order of Forfeiture, forfeiting to the United States of America all of Myers' interest in the computer equipment. (Doc. 29).

2. On October 21, 2011, Myers was sentenced, and the computer equipment was found subject to forfeiture and included in the Judgment. (Docs.

33, 34).

3. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the computer equipment, on the official government website, www.forfeiture.gov, from September 24, 2011 through October 23, 2011.  (Doc. 32).  The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

4. No person or entity other than Myers (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture) is known to have an interest in the computer equipment.  No other third party has filed a petition or claimed an interest in the computer equipment, and the time for filing such petition has expired.  Thus, any third-party interest in the computer equipment is now barred.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**.  It is FURTHER ORDERED that all right, title and interest in the computer equipment is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 2253 and 21 U.S.C. §

853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>25th</u> day of November, 2011.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   Josephine W. Thomas,  AUSA

   Attorney of Record